IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIM THOMPSON**                                                                                  **PLAINTIFF**

**v.**                       **CASE NO: 4:18-cv-00903-LPR**

**DIMICHELE ENTERPRISES, INC.,**                           **DEFENDANTS**
**NICOLE DIMICHELE and**
**DEAN DIMICHELE**

## **JUDGMENT**

Based on the Order entered today, Judgment is entered for the Defendants.

IT IS SO ORDERED, this 3rd day of January, 2020.

                                                                        Lee P. Rudofsky
                                                                   UNITED STATES DISTRICT JUDGE